# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# FLORENCE DIVISION

| | | |
|---|---|---|
| Carolyn Govan, | ) | Civil Action No. 4:16-cv-03020-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Big Lots, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on Plaintiff's Consent Motion to Remand Matter to State Court. On September 2, 2016, Defendant Big Lots, Inc. ("Defendant") filed a Notice of Removal in this matter on the basis of this court's diversity jurisdiction, pursuant to 28 U.S.C. § 1332. (ECF No. 1.) Subsequently, this court entered an order requesting that Defendant show cause as to why this matter should not be remanded to state court. (ECF No. 6.) Defendant subsequently filed a brief in compliance with this court's order. (ECF No. 8.)

This court has reviewed the current motion, and it appears to this court that the parties have conferred and agree that the amount in controversy in this matter will not exceed Seventy-Five Thousand and 00/100 ($75,000.00) Dollars. Because the parties have agreed that the amount in controversy does not exceed the sum of Seventy-Five Thousand and 00/100 ($75,000.00) Dollars, this court finds that it does not have original jurisdiction in this matter pursuant to 28 U.S.C. § 1332. As such, this court finds that remand is appropriate.

For the foregoing reasons, this court **GRANTS** Plaintiff's Motion to Remand Matter to State Court. The matter is hereby remanded to the Darlington County, South Carolina, Court of Common Pleas.

**IT IS SO ORDERED.**

October 12, 2016                                                                  s/ R. Bryan Harwell
Florence, South Carolina                                                     R. Bryan Harwell
                                                                                              United States District Judge